**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Javier Arnoldo GONZALEZ, aka
Clumsy; et al., Defendant—
Appellant.**

**No. 02–50620.
D.C. No. CR–01–00756–GAF.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 12, 2004.*

Decided April 23, 2004.

Ronald L. Cheng, Andrew Brown, Asst. U.S. Atty, Office of the U.S. Attorney,

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Javier Arnoldo Gonzalez, San Bernardino, CA, pro se.

William C. Melcher, Melcher, Melcher & Melcher, Woodland Hills, CA, for Defendant–Appellant.

Before HALL, O'SCANNLAIN, and RYMER, Circuit Judges.

### MEMORANDUM**

Javier Arnoldo Gonzalez appeals his conviction and the 120–month sentence imposed following his guilty plea to conspiracy to import and distribute cocaine, methamphetamine and marijuana, in violation of 18 U.S.C. § 371.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gonzalez' counsel has submitted a brief stating that he has found no meritorious issues for review. No supplemental pro se brief has been filed. The government did not file a brief.

Because Gonzalez knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we dismiss the appeal. *See United States v. Nunez,* 223 F.3d 956, 958 (9th Cir.2000) ("Generally, courts will enforce a defendant's waiver of his right to appeal if (1) the language of the waiver encompasses the defendant's right to appeal on the grounds claimed on appeal, and (2) the waiver is knowingly and voluntarily made.") (internal quotation marks and citation omitted).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Counsel's motion to withdraw is **GRANTED** and the appeal is hereby **DISMISSED.**